MHN

3-17-08

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION** RECEIVED 3 of 65

_Henry Jr Mallory #N91628_

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

MAR 2 4 2008
3-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV1700**
**JUDGE GETTLEMAN**
**MAG. JUDGE KEYS**

vs.

_Lawrence Weiner_
_Supec Intendent Ducing_
_John Dorn_
_Nedra Chandler_
_Edward Smith_
_Dr ??? Garlick_

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No. _ _ _ _ _ _ _ _ _ _ _ _ _
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

3-17-08                                    P. 4 of 65

I.  **Plaintiff(s):**

   A.  Name: _Henry Jr Mallory_

   B.  List all aliases: _Henry Johnathan mallory, Henry Malloy._

   C.  Prisoner identification number: _N91628_

   D.  Place of present confinement: _Pontiac Corrections Ill_

   E.  Address: _P. O Box 99 Pontiac Ill 61764._

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.) _Only one planiff, "me"._

II.  **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: _Lawrence Weiner_

       Title: _Phycogoist Adminstrator_

       Place of Employment: _Dixon Special Treatment Facility (Ill)._

   B.  Defendant: _Super Intendent Ducing_

       Title: _Super Intendent_

       Place of Employment: _Dixon Special Treatment Facility (Ill)_

   C.  Defendant: _John Dorn_

       Title: _Phychanist_

       Place of Employment: _Dixon Special Treatment Facility (Ill)_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

3-17-08                    P. 5 of 65

**I.    Plaintiff(s):**

A.    Name: ~~Aleta Edward~~ Henry Jr MALLORY

B.    List all aliases: Henry Johnathan Mallory, Henry Mallory

C.    Prisoner identification number: N91628

D.    Place of present confinement: Pontiac Corrections #11

E.    Address: P. O Box 99 Pontiac #11 61764.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.) Only one plaintiff, "me".

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Nedra Chandler

Title: Chief Administrative officer / Warden.

Place of Employment: Dxon Phycharic Facility #11

B.    Defendant: Edward Smith

Title: Phycogolist.

Place of Employment: Pontiac Corrections #11

C.    Defendant: Dr. Garlick

Title: Medical Phycogolist Administrator

Place of Employment: Pontiac Corrections #11.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.**  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: *03-2086; 03-1403; 03-1354, 07-1153; 05-50066; 05-59114.*

B.  Approximate date of filing lawsuit: *Forgotten (But Filed!)*

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: *"NO" co-planiffs*

D.  List all defendants: *Wayne Germain;.... NOTE too many for me to remeber, But they are Listed in the above case # in "III A" of this Section. I'm Mentally Ill.*

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Central and Northern District Courts Ill*

F.  Name of judge to whom case was assigned: *Judge Harold Baker, and other Judges I have forgotten their names.*

G.  Basic claim made: *IMMINENT DANGERS!! IMMINENT DANGERS, IMMINENT DANGERS, IMMINENT DANGERS....*

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Some were Appealed and Dismissed, and some was Just Dismissed. The Judges Would Not Give me Requested Attony.*

I.  Approximate date of disposition: *Forgotten, but Several.*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

3-17-08

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Paragraph #1. DEFENDANT John DORN--- Dr. Dorn was my treating phychenist in Dixon "SPECIAL PHYCHARIC FACILITY (+11), for Eiqut months in latter 2006 and early 2007. Dr. Dorn RECOMMENDED me for "FORCE PHYCHARIC DRUGS AGAINT MY WILL" in January 2007. Dr Dorn belived I was so mentally sick, until I needed Phychanic Drog(s) FORCEFULLY Given to me. Dr. Dorn Peers denied his request in a Formal meeting "we had" Conserig his Wanting Phychanic Drugs FORCEFULLY ADMINSTERED Tu me. Less Than 65/Sixty five days later of Dr. DORN refering me for FORCE Phychanic Drugs AGaint my Will; he Signed and approved for me to be transfered to General Population None Mental Health Settings. I Was transfered

4

STATEMENT OF CLAIM:
3-17-08

Defendant Phychanst John Dorn (continues)


. . . . here to Pontiac Corrections #11
on "3-27-07" per Dr. Dorns orders
(inpart). I was housed in a None
Mental Health Setting Unit on
"3-27-07" per Dr. Dorns orders (in
part).
Then on "March 5th 2008" two (II)
Livingston County Attornies, presented
the Judge with a FORENSIC PHYCHARIST
EVAUWATION [on me] DECLARING
ME INSANE!! I am in
IMMINENT DANGER of being
Committed to a State ASLYUM!!!
Sign [signature] N96028

3-17-08

P. 25 of 65

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Paragraph#2-DEFENDANT DR. LAWRENCE WEINER;
Dr. Weiner oversees all Dr's at Dixon SPECIAL PHYCHARIC Facility. He initally SSC Screened me in Dixon on "7-27-06". He wrote in that EVauwation that he would Transfer me in Eight(8) months!! Dr. Weiner was in no position to make such a Statement Consering my Mental Health "FUTURE"! I got "mentally worser" in the "8 months" Under Dr. Weiner Then, Where I was placed on MANY Medical CRISIS WATCHES in Specially built Observation Cells. I was Summitted for "FORCE PHYCHARIC DRUG(S) AGAINT my WILL on the 6th month of my 8 month stay in Dixon "SPECIAL" Phychanc Facility. Soon after the FORCE Phyc Drugs on me was "DENIED", Dr Weiner took part With

STATEMENT OF CLAIM:
3-17-08                        P. 26 of 65

Defendant Phycogolist Adminstrator Lawrence
Weiner (Continues)


. . . . defendant John Dorn in RE-
COMMENDING and Approving (in part), for me
to be TRANSFERED to a _NONE MENTAL_
_HEALTH FACILITY/SETTING!_ Dr. Weiner
and Dr John Dorn did That paticular
act in "JANUARY 2007"!!!
Dr. Weiner also was The )Head Chair
Person), That oversaw Dr. John Dorn
Force Phychari Drugs on me In
January 2007!! I Was Transfered
to a _NONE MENTAL HEALTH Facility_
on "3-27-07" by Dr Weiner (in part). Then
on "3-5-08" Two Livingston County Ill
attornies, (presented) The Court

# STATEMENT OF CLAIM:
3-17-08                    P. 27 of 65

Defendant Phycoyolist Admnstrator Lawrence
Wemer (Contivues) . . . .

..with a FORENSIC PHYCHARIS,
EVAUWATION DECLARING "ME"
INSANE!!    I am m
EMMINENT DANGER
of bemf committed to a
State ASLYOUM!!!!!    Thanli You
Sign                           #IV96028

3-17-08

# STATEMENT OF CLAIM: P. 28 of 65

~~Defendant Physopost Administration Lawrence~~
~~Insider (continue) ~~

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give Any Legal Arguments or Cite any Case or Statues. If you intend to allege a number of related Claims, number and set forth each claim in a Seprate paragraph:

~~Paragraph #3:~~ Defendant SuperIntendent Ducing. SuperIntendent Ducing Signed and approved the Transfering of me to a [NONE MENTAL HEALTH UNIT Facility](pontiac North Cell House) ( along "With" defendant Dr. John Dorn and Defendant Dr. Lawrence Weiner in January 2007! SuperIntendent Ducing "oversaw"/oversees the "X House"

STATEMENT OF CLAIM: P. 29 of 65

Defendant phycogorst Admmstrator Lewrence
Weiner (Continues)...

in Dixon "Special" phychaic Treatment
Facility, where I was housed in
my short "8 month there" in this
problem!! Super Intendent Ducing
address a CRISIS problem
invalving me in a CRISIS cell,
and Inmate Workers. Super In-
tendent Ducing "Layly" knew I
am/was mentally Ill. (Lay person).
Yet Super Intendent Ducing signed
and approved along With Defendants
Dr. John Dorn and Defendant
Lavrence Weiner N(January 2007),

STATEMENT OF CLAIM:  P. 30 of 65

Defendant Phtcogoist Administrator Lewrence
Weiner.......

for me to be [Transfered] to a
NONE MENTAL HEALH Facility/
Unit "(Pontiac North Cell House)", Where
I have remained Since my date
of arrival here on "3-27-07", from
Dixon "Special" Treatment Facility!!
Then on "3-5-08", two Livingston
County (#11) Attonres [Presented] the
court with a FORENSIC PHtCHARIST
Evaucation "[on me]", Declag me
INSANE!! I am in IMMINENT
DANGER of being committed to a State
ASLYUM||||||||||| Thank You
Sign_____ #091628

3-17-08

# STATEMENT OF CLAIM:  P. 31 of 65

State here as briefly as possible the
facts of your case. Describe how each
defendant is involved, including names,
dates and places. Do not give any
legal argument or Cite any Case
or Statues. If you intend to allege
a number of related claims, number
and set forth each Claim in a seprate
paragraph:


Paragraph #4: Defendant Warden Nedra
Chandler.... Warden Nedra Chandler
is and (was) the Chief Administrative
officer in Dixon "SPECIAL" phychavic
Facility, during these events in most
(parts). She/Warden Chandler, had
the final Say So if I was to be
transfered out of a MENTAL
HEALH SETTING or not!! It
must be approved by her, OR it

# STATEMENT OF CLAIM: P32 of 65

Defendant Warden Nedra Chandler (Continues)..
- - - -

is not going to happen!! Warden
Chandler approved Dr. John
Dorn, Super Intendent Duang, Dr.
Lawrence Wiener TRANSFER Ducing on
me in "January 2007". Warden wee
Chandler was to make Sure my
DUE process of Law was given
to me in putting me "OUT" of a
MENTAL HEALTH Setting (and)
Transferrin me in putting me
out of a Mental Health
Setting and Dixon Phychanc
Facility!! While I was
housed in Dixon in these Said

STATEMENT OF CLAIM: P.33 of 65

Warden Nedra Chandler (Continues) ---

events in late 2006 and early 2007,
A Court Wrote an order for me
to be Exzamined by a FORENSIC
PHYCHARIST!!! on "march 6th 2008"
                          5th 2008,

My appointed attornies in Livingston
County Ill, [presented] the court
with "the" FORENSIC PHYCHARIST
Evacuation "on me", DECLAIRING
ME INSANE!" Trial is set
a few months a way.!! I am
in IMMINENT DANGERS.!!!,
of being sent to a "STATE ASLYUM"

Signed #191628

# STATEMENT OF CLAIM: P.34 of 65

State here as briefly as you possible,
The facts of your case. Describe how each
defendant is involved, including names,
dates, and places. Do not give any
legal argument or cite any case or
statues. If you intend to allege a
number of related claims, number
and set forth each claim in a
seprate paragraph:

Paragraph #5. Defendant Dr. Edward
Smith. Dr. Edward Smith of
PONTIAC CORRECTIONS, is
The main person that help
set in play my not entering
Pontiac Mental Health Unit
on "3-27-07", witch is my
date of arrival here (Pontiac), per

STATEMENT OF CLAIM: P. 35 of 65

Defendant Eduant Smith (Continues) - - -

- - - -

My Current Stay!! The Dixon
Phyc. Drs and officals "WROTE"
in their "Transfer Proposal Plan" on
me, that I was to be house in
Pontiac "SOUTH MENTAL"

yet When I arrived here
(Pontiac), on "3-27-07" per That
puticular transfer, Dr. Edward
Smith had Record Officer ──→ Wayne Germain
Change My Housing Records
from "Pontiac South Mental",
to "North Cell House"; Where

STATEMENT OF CLAIM: P.36 of 65

Defendant Edward Smith (Continues) ...
- - - -

I am now; and has remained
every since my arrival here on
"3-27-07", from Dixon "Special"
Phychanc Facility!! Dr.!!!
Smith, Dr. Werner, Dr John Dorn,
Super Intendent Ducing, Warden
Nedra Chandler, Dr. Alton
Anguss, Dr. Garlicki, Record
Office Wayne German (Pontiac), and
all officals involves, "KNOWS" I was
to See the Placement Review Committee,
and or Admission Review Team, in accordance
with "I.D.O.C Administrative Code Section
#415-60", per their Considerations of

# STATEMENT OF CLAIM: P.37of65

Defendant Edward Smith (Contines) - - -
- - -

putting out of A MENTAL
HEALTH SETTING/UNIT
These [Evil defendants] has
Violated my Due process to
an INSANE Level
on "3-5-08" in Livingston County
#11 Court house, my attorness
presented the Court with a
FORENSIC PHYCHARIST
Evovuation "on me", de—

STATEMENT OF CLAIM: P. 38 of 65

Defendant Edward Smith—.

Claiming me INSANE.

Trial is set a few months ahead. I am

in IMMINENT DANGERS of being sent

to a State Asylum, due to

The FORENSIC PHYCHARIST

declaring me INSANE on "3-5-08"

Sign _____ 191678

Pontiac Com.

# STATEMENT OF CLAIM:

P.39 of 65.

State here as briefly as possible
the facts of your case. Describe how
each defendant is involved, including
names, dates, and places. Do not give
any legal arguments or cite any
cases or statues. If you intend
to allege a number of related
Claims, number and set forth each
Claim in a seprate paragraph.

Paragraph #6. Defendant Dr Garlick...

Dr Garlick of Pontiac Corrections
oversees (all) The Drs & Health Care
staff here Pontiac Corrections.
Dr Garlic is The Final one Who
make the decision if "I" was
to NOT be allowed in Pontiac
MENTAL HEALTH UNIT !!!.

# STATEMENT OF CLAIM:

P. 40 of 65

Defendant Dr. Garlick . . . .

. . . .

Dr. Garlick is one of the Staffs (here), that KNOWS "I" was to see the "Placement Review Committe", befor [they] make a decison of putting me out of a Mental Health Unit or not! Dr. Garlick approved of [NOT] Letting me enter Pontiac MENTAL HEALTH UNIT on "3-27-07" upon my arrival here (pontiac)!! Dr. Garlick (like all the other defendants here), KNOWS MY

92

STATEMENT OF CLAIM:

Defendant Dr Garlick-Corn — P.41 of 65.

"Transfer Preposul plan", from Dixon "SPECIAL" Phychraic Facility, Recorded I was to be house in pontiac South mental. That Treatment plan is dated (1-18-07), I belive."

On "March 5th 2008", my Livingston County(#1) Appointed attorney of Mr Tracy A Smith and Randall S. Morgan, presented The Court with a FORENSIC PHYCHARIST Evaurwation "on me", declarg me IN—

STATEMENT OF CLAIM:

Defendant Dr. Barlick . . . . .    P. 42 of 65

SANE!! Trial is set a

few months ahead!! I am in

MMINENT DANGERS!!

of being sent to a State ASCYUM

by the Livingston County Courts!!!!!!

NOTE: This Pontiac Corrections Housing Unit I have be housed in per my date of arrival here (3-27-07) from Dixon "SPECIAL" Phychare Facility; do not have a MENTAL HEALTH Unit/Setting. I do not recived any therapy and is in my SEGRGATION CELL 24 Hours a day! with over "65 YEARS" of ISOCATION SEGRE-GATION time to SERVE!!!!

Sign [signature] #N91628
Pontiac Corr.
Ill.

**State of Illinois - Department of Corrections**

**Counseling Summary**

*P. 43 of 65*

| | | | |
|---|---|---|---|
| **IDOC #** | N91628 | **Counseling Date** | 06/25/07 08:48:40:124 |
| **Offender Name** | MALLORY, HENRY JR | **Type** | Collateral |
| **Current Admit Date** | 06/07/2001 | **hod** | Other |
| **MSR Date** | 04/20/2013 | **Location** | PON RECORDS OFFICE |
| **HSE/GAL/CELL** | N-01-35 | Sta... | ERMAIN, WAYNE R, EXECUTIVE II |

your seg release date is 12/4/2064.

*NOTE*

*IMMMENT DANGERS!!!! SANITY GONE!!!!!!!!!*

#1. The Wright-v-McMann, 387, F.2d

#2. 519, 526 (2d cir 1967);

(Cite as: 442 F.2d 178);

#3. " 312 F. Supp 863, 868, 871

(S.D.N.Y 1970, quoting

2-18-08

Page #16 of 23

TO: INMATE ISSUE / I.D.O.C
INVESTIGATORS

÷REQUEST÷

The next page #"17" of 23, is a
Statement from Pontiac Corrections
Record office Supervisor Wayne
Germain. It's dated "6-25-07" 08:48:48:124
by him. It shows MY SEGREGATION
out date as "12-4-2064!" Since

"6-25-07", MY SEGREATION out
date has WORSEN! More Segragation
time given due to DRS.

# PLEADINGS P.44 of 65.

⟹ Imminent Dangers !!!! ⟸

3-17-08

District Judge Sir/mam........

On "March 5th 2008", in Livingston County (Ill), my two attornies address and presented to the Court, a FORENSIC PHYCHARIST EVAUWATION "on me" Declaring me INSANE! I am in "IMMINENT DANGERS" of being Sent to a State ASLYUM!! My trial is set a few months ad ahead.

Judge the defendants "[all]"

PLEADINGS P.45 of 65.

———→ Imminent Dangers!!! ←———

3-17-08

Know I am Mentally ill!!!! They/ "I.D.OC" has been "(inadequatley)" "treating" me for Such Since "August 2001"!!

The Forensic Phycharist Court ordered Evauuation Was given to the Dixon phyc. Warden(s), including Warden Nedra Chandler (Defendant here) on "12-6-06". They then Summitted me for FORCE PHYCHARIC DRUGS against my Will on "1-24-07"!)

They then "put me out" of a mental Health Unit in to general

PLEADINGS    P.46 of 65.

⟶ Imment Dangers!! ⟵

3-17-08

Population on "3-27-07", per a

TRANSFER (from) Dixon "SPECIAL"

treatment Facility, (to) Pontiac

Corrections Segregation General

Population Withe Witch is a

"NONE MENTAL HEALH Unit"!!

I have not", and, "am not"

receiving any type of Therapy

here (pontiac)!!!!! I am not

reciving any "Mental HomeWork"

to do in any Way!! Not Thru the

Mail, not from The DRS/Defendants!!

# PLEADINGS    P. 47 of 65.

→ Imminent Dangers!!! ←

3-17-08

Then on "March 5th 2008", I was found "INSANE" in Livingston County #11 Court House. Trial is set for a few months away.

Judge Sir/Mam, "RECORDS" will show that I have been trying for "YEARS", to get the defendants to give me "adequate Mental Health Treatments", including but not limited to "Therapy"; That I have been summitted for "FORCE PHYCHARIC DRUGS"

PLEADINGS P. 48 of 65.

→ Imminent Dangers!!! ←
3-17-08

"three"/③ times during my current incasuration!! Records will also show I have been on "CRISIS WATCHES" and placed in specially built observation cells MANY MANY times, per my current incausuration!! I've been in prison since "January 2001".

I've been, and has remained in ISOLATION Segregation since "August 2001"; with over Sixty-Five/65 YEARS of Segregation

# PLEADINGS        P. 49 of 65.

## Imminent Danger!!!
### 3-17-08

time to serve, doe to the very extremeq about of Disciplinary Reports I have recived since "August 2001" Thru "February 2008", Witch is Vastly due to my "Mental State" and "Mental Behavior". I have lost over Twenty/20" YEARS of good time, even though my Maxium projected out date is "April 2013"! This too, is due to my behavior witch is "Mentally Changlleqed". The Defendants has put me out

PLEADINGS P. 50 of 65.

⟶ Imminent Danger! ⟵

3-17-08

of a Mental Health Unit, (and)
[Transfered] me to "general population",
in ~~~~~ direct Violation of
Ill. Dept. Rule Adminstrative Code
"Section ~~~~ 415.60"; Courpral
punishments; Cruel and Unusal
punishments; a Very Serrious
Medical Indiffrence, and a
CONSPRICY TO "AID" GANG
CHIVES IN MURDERING ME!!



PLE ADD 100S
3-17-08
GREIVENCE
EXZAUSTION !!

**Illinois**
**Department of**
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277 / Springfield, IL  62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

June 14, 2007

Henry Mallory
Register No. N91628
Pontiac Correctional Center

NOTE

Dear Mr. Mallory:

This is in response to your grievance received on May 8, 2007, regarding transfer (from mental health unit to general pop), which was alleged to have occurred at Dixon Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In the grievance you object to being placed in general population. This decision was reviewed and approved by the Admission Review Committee. Records reflect that you are now in segregation at Pontiac.

The Grievance officer's report (07-03-23) and subsequent recommendation dated April 5, 2007 and approval by the Chief Administrative Officer on April 10, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Jones, Pontiac Correctional Center
       Henry Mallory, Register No. N91628

ILLINOIS DEPARTMENT OF CORRECTIONS

3-17-03

**Offender Outpatient Progress Notes**

_____ Pontiac Correctional _____ Center

Offender Information:

Mallory                    Henry                    MI          ID#: N91628
Last Name                  First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3.27.07 3⁰⁰ | **RN / CMT NOTE**<br><br>O. Medical Record Screened<br><br>See Orientation Checklist.<br><br>McKinsey. | Dr Fischel + McKinsey<br>Psych f/u<br>Seroquel 200 mg QAM<br>ct 600 mg 6 pm × 9 wks<br>Mylanta Chew<br>Catis 2 po B + P ×/mo<br>Klonopen/mg 6 PM.<br>.5 mg<br>Lopid 600 mg BID<br>6 mo clinic Lipids |
| 3.27.07 | O. Orientation Interview Completed.<br><br>Food Handler Approved  YES  NO | |
| 3/27/07 1⁰⁰ pm | Psych Note: MH Contact<br>(S) Returned from DXP today.<br>Upset that he was sent to<br>PON (NCH) instead of PMH.<br>PMH initially recommended but<br>was redirected due to prior<br>negative adjustment in PMH. → (over) | 3.27.07<br>McKinsey<br>4⁰⁰ |

PLEADINGS 3-17-08

P. 53 of 65.

conducted to determine whether any changes in the offender's mental or emotional status may affect the previous evaluation of the offender's post-release treatment needs. A report shall be prepared and forwarded to the appropriate field service office no later than seven days prior to the offender's scheduled release date.

(Source: Amended at 29 Ill. Reg. 3383, effective March 1, 2005)

**Section 415.60 Review of Placements in a Specialized Mental Health Setting** ← *Violated*

a) A review of each offender placed at a specialized mental health setting shall be made at least once every six months.

1) The review shall be conducted by a staff psychiatrist and the Administrator of the mental health center or unit or designee.

2) Written results of the review shall be given to the offender.

*[handwritten: Per mt 3-27-07 Arrival here! My Phyc Records Re-cords to be Housed in Pontiac per Smith]*

If the recommendation is for the offender to continue in the program at the mental health center or unit, the individual may request a review of that decision by the Placement Review Board.

A) The Placement Review Board shall be composed of three members, appointed by the Director. One member shall be a mental health professional and one member shall not be employed by the Department.

B) The Placement Review Board shall review all psychiatric records and may interview the petitioner. The Board may call any employee or other person to present information determined to be relevant to the review.

*[handwritten: MENTAL per mt 3-27-07 Here! Annual]*

An agreement by a majority of the Board shall be considered the decision of the Board.

D) The decision shall be delivered to the offender in writing.

b) A request for a review hearing may be made at anytime by an offender placed at a specialized mental health setting and must be granted at least once every six months.

(Source: Amended at 29 Ill. Reg. 3383, effective March 1, 2005)

**Section 415.70 Involuntary Administration of Psychotropic Medication**

*[handwritten: Dr Edward Smith is of my ENEMY!!!]*

---

1) Who demonstrate acute symptoms of mental illness or who are determined to be dangerous to self or others shall be treated in accordance with the procedures applicable to other offenders. Treatment may include routine or emergency placement in a specialized mental health setting. Offenders placed in a specialized mental health setting shall remain as long as determined to be clinically necessary.

2) Who are determined not to be in need of placement in a specialized mental health setting may receive necessary treatment services in a general institutional setting when such services are clinically recommended by a mental health professional.

3) Who are found to be symptom free or in remission at the time of admission to the Department and are not in need of mental health treatment shall be placed in a general institutional setting.

Once placed in a general institutional setting, these offenders shall be examined or evaluated by a mental health professional at a minimum of every three months for the first six months and then every six months thereafter.

1) These offenders may be referred by appropriate staff or may request an examination or evaluation more frequently.

2) More frequent evaluations may also be performed at the discretion of the examining mental health professional as determined to be clinically necessary.

d) Three months prior to the scheduled release date of an offender adjudicated guilty but mentally ill, an evaluation by a mental health professional shall be conducted to assess the person's post-release treatment needs, that may include residential care, out-patient counseling, psychotropic medication, periodic psychiatric or psychological evaluation, high level parole supervision, commitment to Department of Mental Health and Developmental Disabilities, or other supportive services (e.g., sheltered workshops, group homes, or vocational training and assistance in obtaining needed treatment or services).

1) If the offender has received psychotropic medication within the previous 12 months, this report must include a psychiatric evaluation of the need for medication or psychiatric monitoring.

2) A copy of the report shall be provided to the appropriate field service office.

e) Within 30 days before the scheduled release date of an offender adjudicated guilty but mentally ill, a final evaluation by a mental health professional shall be

6 of 13

# PLEADINGS P.54 of 65

→ Imminent Dangers! ←
3-17-08

Judge Sidman. This is a Very [Complex case] for one such as "me", Due to it Involving DE-FENDATS IN "TWO" DIFFRENT DISTRICT, BUT ARE CO-DEFENTANTS IN "ONE ACT" !!! ...

The Defenbants are out of Dixon Ill, Witch is The NORTHERN District, (and) Pontiac Ill, Witch is the Southern Distrcx. They are "Co-Defendants" as the "[Councelor responce]" on the next page Para States ⟶ ⟹ ⟹

P. 55 of 65

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

| Date: 4-9-07 | Committed Person: (Please Print) MALLORY ✓ | ID#: N91628 |
|---|---|---|

Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac

**NATURE OF GRIEVANCE:**  STAFF FALSEFIXING MEDICAL RE-

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☑ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☑ Disability   CORDS; MEDICAL
- ☑ Other (specify):   CONSPRICE; DUE

☑ Disciplinary Report: _/ _/ _/
Date of Report _____ Facility where issued

**Note**: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Hi Councelor Flex. Sir, A few staff here (Pontiac) is in very serious trouble! They have reason to LIE to you and anyone that make VERBAL inquires about this grevience! I plead with you sir, to REVIEW the RECORDS and "try" to get the FACTS! At that point, your office may want to foward this grievedce to WARDEN EODIE JONES ONLY for his considerations..... I arrived here (Pontiac) from Dixon Phycharic Unit

Relief Requested: Contact Dixon Correction For A COPY of their "ORIGINAL RECORD" Consening My Housing Assignment Recommendations" Here In Pontiac

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature   N91628   4.9.07
ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 4.13.07

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Upon consultation between Dixon Psych and Pontiac Mental Health staff, it was determined you would be placed in North seg cellhouse, not Pontiac Mental Health
R. Flex

R. Flex   R. Flex   5.20.07
Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: 6.5.07

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   6.6.07
Date

Distribution: Master File; Committed Person   Page 1   DOC 0046 (Eff. 10/2001)

PLEADINGS     p. 56 of 65.

Imminent Dangers
3-17-08

The Defendants do not care a-
bout my "mental Health", Mental State,
nor about me over all.!! However,
the defendants has taken the LAW
in their op own hands and has
caused my [MENTAL SANITY] to
deterinate to point of IN-
SANE!! The defendants KNOWS
I have been delared [IN SANE].
At least "Dr. Alton Anguss", "Dr.
Co Co"(and my none defenbant)
Councelor R. Flex does!! Yet
the Defendans has remain

PLEADINGS        P. 57 of 65.

Emminent Dangers
3-17-08

Presistant on [not giving] me
"adequate" MENTAL HEALTH
Treatments for my current
(State of mind) "and" previously
as RECORDS will Show!! The
Defendants has [UNLAWFULLY]
"put me out" of The BEST
"Mental Hospital" The I.D.O.C
has (Dixon Phyc); in to general
Population Segregation Where I
have been Declared [INSANE]
Since the Defendants "put me
out" of a Mental Health Unit!!!

*- PLEADINGS -*
*IMminent Dangers*
*3-17-08*

*P. 58 of 65*




# Dixon Correctional Center

## Special Treatment Center and Dixon Psychiatric Unit

# ORIENTATION MANUAL




# PLEADINGS

P. 59 of 65.

→ Imminent Dangers ←
3-17-08

I ask this Court to [Very carefully] Consider my PLEADINGS here; to grant me the Appointment of an Attorney under the Said Complex Multi District [Co-Defendants] (and) my having been found [INSANE] on "3-5-08" in Livingston County Ill; and to grant me the full Reliefs requested.

If requested Attorney is appointed to me, He/She/They may want to [Amend] This

# PLEADINGS P. 60 of 65.

→ Imminent Dangers ←
3-17-08

Complaint With (Additional De-
fendants), and other Amendents .....

If the <u>JURY</u> and <u>courts</u> grant
me there <u>Reliefs</u>, I Would
consider all the Violations,
Cruity, Wrongs done to me
to be Settled, and Would
have no farther quarrel With
the defendants.

However, I am **AFFRAID** That
the Defendants/Ill. Dept. of Corrections,
Will **RETALIATE** on me (if) I
Win This Suit.
    Thank you  Sign

#K191628

P.O Box 99
Pontrac Ill 61768

*P. 61 of 65.*

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunction To See if other (Ill) Mental Health Pacients Have Been Violated as me; if So a Class Action For Prisoners; Housed In Ill. Dept of Corrections BEST Mental Facility For As Long As I am Mentally Ill, Protection From Possible RETALITORY OFFICALS and Staffs; Three Millison $M Violation Damayers and $3,000,000.00 SUFFERINGS!

**VI.    The plaintiff demands that the case be tried by a jury.**    ☒ YES    ☐ NO
*Yes!*

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _17_ day of _March_, 20_08_

—Henry Jr Mallory

_____
(Signature of plaintiff or plaintiffs)

Henry Jr Mallory
_____
(Print name)

N91628
_____
(I.D. Number)    Pontiac Corrections (Ill)

P.O Box 99, Pontiac Ill
61764
_____
(Address)

6

page 1 of 2

# RIGHT RESERVER
## REQUEST:
-3-17-08-

To: US District Court, Nothern
District of Illinois, Western
Division 211 South Court,
Federal Building Rockford Ill
                                61101

From: Planiff Henry Jr MALLORY
#N91628, Pontiac Corrections
Ill, P.O Box 99 Pontiac Ill
                          61764

Greeting Northern District Court.
I now [REQUEST TO RESERVE] MY
RIGHTS to (add) additional Defendants
thru a possible "AMENDMENT" of this
Complaint. Defendants as. - - .

#1. Administrative Review Chair

Page 2 of 2   RIGHT RESERVER   P. 63 of 65.

REQUEST:   3-17-08

US DIST COURT, NOTHERN DISTRICT Ill

Person (Ill) Ms Sherry Denton of The
Ill. Dept of Corrections;

#2. Dr. Fischer (formerly) of Pontiac
Corrections Ill;

#3. Dr Alton Anguss of Pontiac
Corrections Ill;

#4. Wayne Germain of Pontiac
Corrections (Ill) Record office;

#5. Dr Colgan/Colden of Dixon
Corrections (Ill); #5½ Dr COCO
Pontiac Corrections (Ill)

#6. ASSt. Warden Mike Callihan
of Dixon Corrections (Ill).

NOTE: I HAVE REQUESTED THE APPOINTMENT
OF AN ATTONEY IN THIS CASE.
Thank yoo sign                    N91628
Pontiac Corr Ilc

# PROOF OF SERVICE / AFFIDAVIT :

March 18th 2008

(A—
of (G).

TO: U.S District "CLERK" of Nothern
District of Illinois, Western
Division 219 South Dearborn,
20th floor Chicago, IL 60604.

From: Inmate Henry or Mallory
#N91628 of Pontiac Corrections
Illinois, P. O BOX 99 Pontiac Ill
61764.


I Henry or Mallory, do Swear
under penaty of Perjury of our
United States of America Laws,
that I mailed the (above) listed
U.S Clerk Seven (7) Sets of the
following COMPLAINT Documents ---->

PROOF OF SERVICE/AFFIDAVIT:

3-18-08

[U.S Northern Dist Clerk]Ill        (B)

#1 A ② page Notice address to The District
Clerk, with page #25 of pontiac
corr. orrentation manuel being
page #2 of it.

#2. A Filled out Northern District 1983
Civil Complaint Application. Thats
dated 3-17-08

#3. A 7 page MOTION FOR LEAVE
TO FILE IN FORMA PAPERIS

#4. A "2" page [Offical Application] to
file INFORMA PAURERIS

#5 A "5 page Offical Trust Fund
Statement on me dated 3-10-08
at 10.59am by Pontiac Corrections
+Trust Fund office.
#6. A "1" page Staff filled out Certificate Showing
my Debts to the I.D.O.C dated 3-10-08 by Staff.

PROOF OF SERVICE/AFFIDAVIT:

March 18th 2008

US Norther Dist Clerk # 11

(C)

#7. A "1 page Trust Fund Restitution
Sheet "on me" dated 3-10-08 by
Pontiac Trust Fund. It Shows me
—$3,254.00 IN THE RED!

#8. A "7" page Motion for Appointment
of Council with attachment (included)
of a Court order "on me" dated 12-6-06
from Livingston County #11; A "1" page
Phycharist Evauvation on me dated
6-22-06 by Dr Mossa; A "2" page
Phycharist Evauvation on me
dated 4-28-05 by Dr. Fletcher; A "1"
page Phychanc Transfer Sheet (on me)
dated 6-22-04 by Dr Kowalcoski.

#9 A "2" page Statement of Claim on De-
ferdant John Dorn

# PROOF OF SERVICE / AFFIDAVIT:

March 18th 2008

[US Dist clerk #11]

#10. A "3" page Statement of Claim on [D]
Defendant Lawrence Weiner,

#11. A "3" page Statement of Claim on
Defendant Super Interdent Ducirg.

#12. A "3" page Statement of Claim
on Defendant Warden Nedra
Chandler.

#13. A "5" page Statement of Claim on
defendant Dr Edward Smith

#14. A "4" page Statement of Claim on
defendant Dr. Garlick,

#15. Page "43" of 65 of The
complaint There, is a "1" page Statement
from The Record Officer (Pontiac) dates
6-7-01 showing my Segregation out date
of 2064!

PROOF OF SERVICE / AFFIDAVIT:

March 18th 2008

[US Dist Clerk Ill]

#16. A "15" Page PLEADINGS dated
3-17-08 With attachment pages    (E)
of "51" of 65 Witch is a Completed
Greivence Exzaustion dated 6-14-07
by the I.D.O.C Director and Admin Re-
View Board. Its per My greivenc-
# 07-03-23 Conseg my being
unlawfully put out of a Mental
Heath Unit/Setting; A "1" page
"Phycharic progress Note" dated
3-27-07 by Several diffrent
Medical Statts P Drs;

●●●. A "1" page Shoewing of The
Ill. Admin Code hand Book of pages
(6 of 13 and 7 of 13) Highliting Depart-
ment Rule # 415.60; Page "1" of 10
of "my" greivence dated 4-9-07  by

# PROOF OF SERVICE/AFFIDAVIT:

March 18th 2008

US Dist Clerk Northern Ill

Me and 5-22-07 by My assigned
councelor Mr. R. Flex, and 6-6-07
by the Warden/C.A.O; The cover page
of Dixon Correction Orientation Manuel
Showing It to be a "SPECIAL" treatment
facility. The PLEADINGS and their
attachments are Numbered 44
thru 60 of 65 in the top right
hand Coner of its pages.

#17. A "1" page Relief and
  Jury Demand Certification dated
  March 17th 2008 by me.

#18. A Handwritten "2" page RIGHT
  RESEVER REQUST from "me"

PROOF OF SERVICE / AFFIDAVIT:

March 18th 2008

U.S Dist Clerk Northern Ill

#19. A "1" page prisoner correspondences
   Form dated 3-17-08... I          G of G
                                       END

mallory, placed [Seven sets] of the
above listed Documents in a very
Large Legal Envelope address to
the Clerk Dist on page (#A) of this
Proof of Service / Affidavit, from me
listing my name, my ID # and address.
I personally handed the above
listed Documents to our North-
cell House 3-11pm one gallery assigned
wing office to place in the mail system
at the unit. The money Voucher Billing my
Trust Fund account shows the US District
clerks address it is going to.
   Sign                      N91678
                        Pontiac Corrections Ill
                        P.O Box 99 Pontiac Ill
                                    61764

IN THE CIRCUIT COURT OF
THE ELEVENTH JUDICIAL CIRCUIT LIVINGSTON COUNTY, ILLINOIS

→ 06 CF-165

People

_____
Plaintiff,

vs.

Henry Mallery Jr.

_____
Defendant.

COPY

Number: 06 CF 165
06 CF 122

FILED IN CIRCUIT COURT
OF LIVINGSTON COUNTY, ILLINOIS

DEC - 6 2006

Judith K. Bremer
CIRCUIT CLERK    #202

# ORDER

On motion of Defendant's attorneys
Randall Morgan (06 CF 122) and Tracy A.
Smith (06 CF 165) for the examination
by a forensic psychiatrist to determine
defendant's sanity at the time of
each of the offenses charged in each of
the above causes,

It IS Hereby ORDERED:

That Dr Terry Killian, a licensed
psychiatrist, is appointed to examine
defendant, Henry Mallery, to determine
sanity

~~[crossed out illegible text]~~

12-6-06

2-18-08

Page #7 of 24

TO: INMATE ISSUE / I.D.O.C
INVESTIGATORS

# ⁝REQUEST⁝

MY Livingston County #11 Appointed
Attoney of Mr. Tracy A. Smith,
is overseeing MY <u>INSANITY</u>
DEFEFENSE. The Case is
[ACTIVE] and [PENDING] at this
very moment!!!!!!!

Mr. Smith address (Legal), is
612 E. Locust Street Bloomington
#Ill; Phone #(309) 829-7289. The
case# is 06-CF-122. Attoney
Mr. Smith told Judge Harold Frobish
That he having "PROBLEMS" in
obtaining MY PHYCHARIC RECORDS
from the I.D.O.C/RN Karen Beechers
Please contact Mr. Smith!!!!!

*Request ATTORNEY!!*
*Page _____ 3-17-08*


ILLINOIS DEPARTMENT OF CORRECTIONS

*P. 19 of 65*

## Mental Health Diagnostic and Treatment Note

.ender Name: Mallory, Henry _____     ID# N91628 _____

| Juvenile Facilities Only: | |
|---|---|
| Housing Unit:_____ | Correctional Counselor:_____ |
| Psychiatrist:_____ | Psych Medication:_____ |
| Mental Health Level:_____ | Recommended Mental Health Level:_____ |

Reason for Referral:

☐ Initial Evaluation  ☒ Medication Review  ☐ Mental Health Level Change  ☐ Crisis Response

☐ Group Note  ☐ 1:1 Note  ☐ Parole Clearance  ☐ Family Therapy  ☐ Other_____

Subjective Data: "Conspiracy."

Objective Data: The patient is a 44-year-old black male who is currently on a combination of Geodon, Klonopin and Depakene. The patient claims no med compliance.

**Mental Status Exam:** The patient is grossly poor to social cues, throwing *feces* earlier and spitting at a psychologist. He is demonstrating a grossly labile affect with a degree of aggression that is concerning. His speech is rapid. His mood is ~~stable~~ able. His thought process is given to a flight of ideas. His thought content demonstrates a paranoid ideation with a manifestation concerning for assault and ~~this however the patient states~~. There is no indication of SI. Insight and judgment null.

Assessment/Plan:

1. The patent will have his Geodon DC'd.
2. The patient will be considered for the Treatment Over Objection Committee.
3. The patient will be started on *Zyprexa* 20 mg q.h.s.

I will continue the patient's Depakene however I will ask the team to retrieve his levels and inform me of the results. I will increase the patient's Klonopin to b.i.d. dosing, and if patient refuses his medication I will initiate a Haldol or Prolixin trial, and then with the approval of the Treatment Over Objection Committee, presumably initiate Decanoate intervention. I am to be called if patient is not compliant with his medications.

It should be noted that the patient will be scheduled to see me next week. The side effects of Zyprexa were explained fully to the patient. **It should also be noted that the patient lists Haldol, Prolixin and Thorazine as allergies.** Nonetheless this appears upon my clarification with the patient to be more consistent with side effects, not actual allergies. The side effects include some degree of dystonia, therefore if medications more specifically, Haldol, Prolixin are initiated they will also be given with a Cogentin like agent.

_____        06/22/06        _____        _____
Signature/Title                 Date            Supervisor Signature (if applicable)    Date

Michael F. Massa, MD, Diplomate, American Board of Psychiatry and Neurology/jm

Distribution:  Offender Medical File                    *Printed on Recycled Paper*        DOC 0282 (Eff. 8/2005)
                                                                                            (Replaces DCA 7157)

*MOTION, Case#36-CF-122 836 CF165*

*page # 6 of 13*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL    Center

**Offender Information:**

Last Name: *Mallory*   First Name: *Henry*   MI: ___   ID#: *N91628*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/22/06 @ 1040 | **PSYCHIATRIST** | 1. d/c geodon ✓ convert 2. ~~current~~ tx review committee for meds objection ~~for meds error~~ |
| | S - "Conspiracy" see chart | |
| | O pt. 44 y/o bo' | |
| | ♀ meds Geodon / klonpin / depakene | |
| | Pt claims ∅ med compliance | |
| | MSE- grossly poor to serial | 3. Zyprexa 20 mg qhs X 6months |
| | cues - throwing feces own han; | |
| | Pt c liable affect, speech - rapid | 4. Retrieve depakene levels & call me c results |
| | Mood- irritable; TP FOI TC Assaultive; | |
| s/s explained to pt. | perpl, dSI; Paranoid- grossly I / J-Nil | Canceled to a later date 6/25/06 10:30A |
| | ATP dx- Etoh dep. | 5. d/c klonopin |
| | BPAD v. schizoaffective (Manic) | 6. klonopin 1mg bid X 6months |
| | Cluster B | |
| I/P pt refuses med- will probably initiate Eot 774 SM then enforced decision | ↳ d/c - Pt c ∅ apparent allergy, to| | 7. Amy Scholl will work with| 8. call me? |
| | s/s & luted A+l | Not Medication compliant. |
| | *M. Murphy* | *M. Massey, MD* 6/23/06 10:30A |

*Distribution: Offender's Medical Record*

*DC Cozen†a*

Printed on Recycled Paper

DOC.0084 (Eff. 9/2002) (Replaces DC 7147)

*Request ATTONEY!!*
*3-17-08*

## DIXON CORRECTIONAL CENTER

## MENTAL HEALTH EVALUATION

Page 1 of 2

Name: Mallory, Henry          Number: N91628
                              Date.   4-28-05

Reason for referral:  Pursuit of TRC for enforced .. ......  ..on.

Subjective Data:  Patient is a 43-year-old African American male with schizoaffective disorder, bipolar type. He has struggled with mania, agitation, grandiose delusions, paranoia, and auditory hallucinations, as well as anxiety. He feels that there has been a hit put out on him by a gang that he states he is a member of. The gang is not known to exist. This seems to be a delusion. He believes that somehow the gang has put the hit out on him and also security of the DOC is at risk of harming him. He was taking Seroquel without benefit to a total of 800 mg daily. On review of his chart, he did not tolerate Haldol, Prolixin, or Thorazine because of severe dystonic side effects. He has been able to tolerate Risperdal and Depakote. He still seems to have cycling episodes. He has a high propensity for not taking his medications without warning and decompensates to an agitated state. He is at high risk of once he stabilizes, not taking his medication and destabilizing, requiring him to be in segregation because of his severe mental illness. On review of his disciplinary record, he has _____ pages of disciplinary cards since 8-7-01, to include disobeying direct orders, intimidation and threats, dangerous disturbances, insolence, assaulting a person by spitting in their face, _____ assaults by spitting on officers' arms and hand, refusal to return meds, damage and misuse of property, including pushing feces and urine onto the gallery floor, threaten to blow up the administration building, drugs and paraphernalia for refusing to ingest or forfeit his medication because of his delusional system, has thrown medication at the R.N., more spitting on officers, shoved tray at staff, theft of documents, threaten to kill the Illinois governor, threw medicine in the fact of a nurse, frivolous lawsuits, dangerous contraband of a 9" piece of metal, and threaten to kill staff at that time. He currently has charges pending for dangerous communication, dangerous written material, abusive privileges, disobeying a direct order, and damage and/or misuse of property. His behaviors are largely due to delusional systems that he has due to non-compliance with medication.

*NOTE*

Objective Data:  AIMS score was 0 on 2-15-05. Allergies to Haldol, Prolixin, and Thorazine. Current medication includes Tums 1 tablet bid, Depakote 500 mg p.o. bid, Risperdal 1 mg p.o. bid, and Cogentin prn.

(Continued)

D:  4-28-05
T:  5-2-05  351jm
Orig:  Medical Records
cc:    STC Supt, Records
DC1  7157 (8/1/07)

*Request ATTONEY !!!*
*3-17-08*

*P.21 of 65*

## DIXON CORRECTIONAL CENTER

### MENTAL HEALTH EVALUATION

Page 2 of 2

Name  Mallory, Henry                Number:  N91628
                                    Date:    4-28-05

Mental status examination: Appearance: hygiene is unkempt and disheveled without grown hair
Eye contact is good. He ambulates in somewhat of an agitated state. Speech is increased in rate,
rhythm, and volume. Mood is elated and anxious. Affect is mood congruent. Thought process
is logical and goal directed. He is alert and oriented. Memory, concentration, and recall are
intact. Behavior is hypomanic. Intellect appears average. Thought content: endorses
hallucinations and paranoia. He has somewhat of a fixed delusion of persecution by the DOC as
well as an imaginary gang organization. No evidence of suicidal or homicidal thoughts
currently. Insight and judgment are absent. It should be noted that he flips back and forth
between mania, hypomania, and euthymia. It is not clear that he is wholly compliant with his
medication.

   Diagnosis (provisional/final)

      Axis I  - Schizoaffective disorder, bipolar type.

      Axis II - Deferred.

      Axis III - Hyperlipidemia

Summary and Treatment Plan:  Will pursue TRC for enforced medication with intent of
enforcing Depakene 500 mg p.o. bid enforced with Geodon 40 mg IM if he refuses and Geodon
80 mg p.o. bid enforced with Geodon 40 mg IM. Maximum of 80 mg of Geodon IM for 24
hours. Will have to discuss the IM option of Geodon with the pharmacy to determine its
availability. Otherwise, will have to use Haldol as possibly an enforcing agent as he likely is not
allergic to it but has a dystonic reaction if not given adequate Cogentin.

In summary, this patient suffers from a mental illness; medication is in his best interest and he is
gravely disabled and essentially non-function because of his mania and paralysis from severe
paranoia from fixed delusions while untreated. He has a high propensity for not taking his
medication without warning and then rapidly decompensates.

_____               5-11-05
Dr. Christine L. Fletcher, Chief Psychiatrist       Date

D:  4-28-05
T:  5-2-05 351jm
Orig:  Medical Records
cc:    STC Supt. Records

*Request ATTONEY!!*
*3-17-08*

*P.22 of 65.*

## ILLINOIS DEPARTMENT OF CORRECTIONS

### EMERGENCY DIXON PSYCHIATRIC TRANSFER DATA SHEET

SENDING FACILITY: _Pontiac CC_

NAME: _Mallory, Henry_   NUMBER: _N91628_   DATE: _6/22/04_

DOB: _3/18/1961_   OUTDATE: _4/20/2013_   OFFENSE(S): _Agg Intimidation of Corr Employee_

SEGREGATION STATUS: _yes_   PROTECTIVE CUSTODY STATUS: _no_

DATE ARRIVED AT SENDING FACILITY: _9/19/01_   FROM: _Centralia_

DIAGNOSIS UPON ARRIVAL: _No diagnosis noted in last 4mo report from CenCC_

MEDICATION UPON ARRIVAL: _Vistaril_

CURRENT MEDICATION: _Seroquel_

JUSTIFICATION FOR EMERGENCY TRANSFER: _Offender was found with a weapon this weekend and threatened a staff person with it. He is becoming increasingly dangerous in part because of paranoid delusions that are refractory to antipsychotic medication._

SUMMARY OF MENTAL HEALTH TREATMENT/INTERVENTION LAST THREE MONTHS: _Has been in PMH since 11/02. Has been compliant with voluntary psychotropic medications. Has been awaiting voluntary non-emergency transfer to DNP since 10/03._

PSYCHIATRIC PLACEMENTS: _None besides PMH._

MENTAL HEALTH PROFESSIONAL RECOMMENDING: _Dr. Kowalkowski_

DATE/TIME DIXON PSYCHIATRIC CONTACTED IF APPROVED: _Dr. Roy approved transfer on 6/22/04 @ 8ᵃᵐ. Staffed w/ Dr. Weiner on 6/22/04 @ 8ᵃᵐ_

### COMPLETED BY DIXON PSYCHIATRIC STAFF

DATE TRANSFERRED IN: _____ DATE TRANSFERRED OUT: _____

FINAL DIAGNOSIS: _____

RECEIVING FACILITY: _____

DC 710-1279
IL 426-23308
Effective 11/99