**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** HENRY JR. MALLORY | **Defendant(s):** LLAWRENCE WEINER, et al. |
| **County of Residence:** LIVINGSTON | **County of Residence:** |
| **Plaintiff's Address:**<br>Henry Jr Mallory<br>N-91628<br>Pontiac - PON<br>P.O. Box 99<br>Pontiac, IL 61764 | **Defendant's Attorney:**<br>Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

FILED
3-24-2008
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**08CV1700**
**JUDGE GETTLEMAN**
**MAG. JUDGE KEYS**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A. E. Woodham **Date:** 03/24/2008