MHN

FILED
MAR 24 2008
3-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3-17-08

P. 8 of 65

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Henry Jr Mallory
_____
Plaintiff

v.

John Dorn
_____
Defendant(s)

08CV1700
JUDGE GETTLEMAN
MAG. JUDGE KEYS

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **Henry Jr Mallory**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
    I.D. # **N91628**   Name of prison or jail: _____
    Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: **Zero Dollars**

2.  Are you currently employed?   ☐Yes   ☒No
    Monthly salary or wages: **Zero Dollars**
    Name and address of employer: **NONE**

    a.  If the answer is "No":
        Date of last employment: **1997**
        Monthly salary or wages: **Minium Wage**
        Name and address of last employer: **Plastic PAC; Champaign Ill**

    b.  Are you married?   ☐Yes   ☒No
        Spouse's monthly salary or wages: **Zero Dollars**
        Name and address of employer: **NONE**

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

    a.  Salary or wages
        Amount **Zero Dollars**   Received by **No one**   ☐Yes   ☒No

b.  ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes   ☒No
Amount Zero Dollars    Received by No one.

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes   ☒No
Amount Zero Dollars    Received by No one.

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes   ☒No
Amount Zero Dollars    Received by No one.

e.  ☐ Gifts or ☐ inheritances    ☐Yes   ☒No
Amount Zero Dollars    Received by No one

f.  ☐ Any other sources (state source: None )    ☐Yes   ☒No
Amount Zero Dollars    Received by No one

4.  Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No.   Total amount: Zero Dollars
In whose name held: No one/NA   Relationship to you: No one.

5.  Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes   ☒No
Property: None    Current Value: Zero Dollars
In whose name held: No one    Relationship to you: No one.

6.  Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property: None
Type of property: None    Current value: Zero Dollars
In whose name held: No one    Relationship to you: No one
Amount of monthly mortgage or loan payments: Zero Dollars.
Name of person making payments: No one

7.  Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes   ☒No
Property: None.
Current value: Zero Dollars
In whose name held: No one    Relationship to you: No one.

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
Illinois Department of Corrections Cares For my Indigency. No one Depends on money from me.

MOTION FOR LEAVE TO FILE IN FORMA PAUPERIS: P. 7 of 65

-3-17-08-

Now comes, Henry Jr Mallory (planiff), and moves this Court for permission to file in "Form a Pauperis" without prepayment of fees and cost. As the attached [AFFIDAVIT] indicates, "I" am unable to pay cost or give security.

This motion is basted on the affidavit and complaint summitted herein.

Sign. [signature]

Date: March 17th 2008

Henry Jr Mallory #N91628    Pontiac Corrections
NCH #1180    #11 P.O Box 99
    Pontiac IL 61764

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ -256.02- in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____

_____

_____

_____

_____

_Janis Jones_
(Authorized Officer)

_Pontiac Corr. Center_
(Institution)

_Acct Tech I_
(Title)

DATE 3/10/08

**IMPORTANT:**
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.



| | | |
|---|---|---|
| Date: 3/10/2008 | Pontiac Correctional Center | |
| Time: 10:59am | Trust Fund | |
| d_list_inmate_trans_statement_composite | Inmate Transaction Statement | P.10 of 65 |

REPORT CRITERIA - Date: 09/10/2007 thru End;   Inmate: N91628;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N91628 Mallory, Henry Jr**                    **Housing Unit: PON-N -01-18**

| | |
|---|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 256.62 |
| Funds Available: | -256.62 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

## RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 04/10/2007 | 504609 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 04/10/2007 | 504611 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 04/11/2007 | 504726 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.20 |
| 04/12/2007 | 504805 | Disb | Library | 2 DOC: 523 Fund Library | $3.60 |
| 04/12/2007 | 504809 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 04/12/2007 | 504841 | Disb | Library | 2 DOC: 523 Fund Library | $10.25 |
| 04/12/2007 | 504845 | Disb | Library | 2 DOC: 523 Fund Library | $0.55 |
| 04/12/2007 | 505013 | Disb | Library | 2 DOC: 523 Fund Library | $2.60 |
| 04/12/2007 | 505014 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 04/13/2007 | 505024 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.20 |
| 04/13/2007 | 505028 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.87 |
| 04/13/2007 | 505029 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.11 |
| 04/17/2007 | 505171 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 04/19/2007 | 505433 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 04/19/2007 | 505443 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| 04/19/2007 | 505444 | Disb | Library | 2 DOC: 523 Fund Library | $7.20 |
| 04/26/2007 | 506060 | Disb | Library | 2 DOC: 523 Fund Library | $9.50 |
| 04/26/2007 | 506062 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 04/27/2007 | 506187 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.59 |
| 04/27/2007 | 506188 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.11 |
| 05/03/2007 | 506604 | Disb | Library | 2 DOC: 523 Fund Library | $2.85 |
| 05/03/2007 | 506625 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 05/07/2007 | 506904 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.63 |
| 05/08/2007 | 507073 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 05/08/2007 | 507120 | Disb | Library | 2 DOC: 523 Fund Library | $0.80 |
| 05/08/2007 | 507121 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 05/08/2007 | 507124 | Disb | Library | 2 DOC: 523 Fund Library | $5.55 |
| 05/08/2007 | 507134 | Disb | Library | 2 DOC: 523 Fund Library | $26.10 |
| 05/09/2007 | 507328 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.20 |
| 05/09/2007 | 507334 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.20 |
| 05/09/2007 | 507335 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.05 |
| 05/14/2007 | 507743 | Disb | Library | 2 DOC: 523 Fund Library | $2.75 |
| 05/14/2007 | 507807 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.60 |

Date: 3/10/2008
Time: 10:59am
d_list_inmate_trans_statement_composite

Case 1:08-cv-01700   Document 3   Filed 03/24/2008   Page 7 of 10

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

P. 11 of 65

Page 2

REPORT CRITERIA - Date: 09/10/2007 thru End;    Inmate: N91628;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: N91628 Mallory, Henry Jr**                               **Housing Unit: PON-N -01-18**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/15/2007 | 507923 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 05/17/2007 | 508208 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 05/18/2007 | 508298 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 05/21/2007 | 508352 | Disb | Library | 2 DOC: 523 Fund Library | $1.40 |
| 05/29/2007 | 508971 | Disb | Library | 2 DOC: 523 Fund Library | $0.65 |
| 06/01/2007 | 509350 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 06/04/2007 | 509508 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 06/07/2007 | 509815 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 06/07/2007 | 509827 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.48 |
| 06/11/2007 | 510035 | Disb | Library | 2 DOC: 523 Fund Library | $1.50 |
| 06/11/2007 | 510066 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 06/12/2007 | 510246 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 06/13/2007 | 510369 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 06/13/2007 | 510415 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 06/14/2007 | 510479 | Disb | Library | 2 DOC: 523 Fund Library | $3.00 |
| 06/14/2007 | 510488 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.31 |
| 06/14/2007 | 510489 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.99 |
| 06/19/2007 | 510835 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 06/19/2007 | 510844 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 06/19/2007 | 510845 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 06/20/2007 | 510928 | Disb | Library | 2 DOC: 523 Fund Library | $2.25 |
| 06/21/2007 | 511050 | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 06/26/2007 | 511388 | Disb | Library | 2 DOC: 523 Fund Library | $4.40 |
| 07/02/2007 | 511782 | Disb | Library | 2 DOC: 523 Fund Library | $1.75 |
| 07/03/2007 | 511945 | Disb | Library | 2 DOC: 523 Fund Library | $2.10 |
| 07/09/2007 | 512307 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 07/12/2007 | 512625 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 07/31/2007 | 514163 | Disb | Library | 2 DOC: 523 Fund Library | $1.10 |
| 08/06/2007 | 514527 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.31 |
| 08/06/2007 | 514528 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.60 |
| 08/06/2007 | 514530 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $2.33 |
| 08/08/2007 | 514809 | Disb | Library | 2 DOC: 523 Fund Library | $16.35 |
| 08/08/2007 | 514848 | Disb | Library | 2 DOC: 523 Fund Library | $0.45 |
| 08/13/2007 | 515124 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 08/16/2007 | 515487 | Disb | Library | 2 DOC: 523 Fund Library | $1.50 |
| 08/20/2007 | 515660 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 08/20/2007 | 515769 | Disb | Library | 2 DOC: 523 Fund Library | $1.15 |
| 08/21/2007 | 515919 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 08/29/2007 | 516559 | Disb | Library | 2 DOC: 523 Fund Library | $3.60 |
| 08/31/2007 | 516761 | Disb | Library | 2 DOC: 523 Fund Library | $0.95 |
| 09/06/2007 | 517108 | Disb | Library | 2 DOC: 523 Fund Library | $0.35 |
| 09/07/2007 | 517248 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |

Date: 3/10/2008
Time: 10:59am
d_list_inmate_trans_statement_composite

Case 1:08-cv-01700 Document 3 Filed 03/24/2008 Page 8 of 10

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 3

P-12 of 65

REPORT CRITERIA - Date: 09/10/2007 thru End;   Inmate: N91628;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N91628 Mallory, Henry Jr**   **Housing Unit: PON-N -01-18**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/10/2007 | 517337 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.14 |
| 09/13/2007 | 517664 | Disb | Library | 2 DOC: 523 Fund Library | $8.25 |
| 09/13/2007 | 517673 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.82 |
| 09/26/2007 | 518829 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 09/26/2007 | 518846 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 09/28/2007 | 519107 | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 10/03/2007 | 519337 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.99 |
| 10/03/2007 | 519463 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 10/11/2007 | 519982 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.75 |
| 10/11/2007 | 520001 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $2.67 |
| 10/11/2007 | 520116 | Disb | Library | 2 DOC: 523 Fund Library | $4.85 |
| 10/11/2007 | 520176 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 10/12/2007 | 520244 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 10/15/2007 | 520426 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 10/16/2007 | 520514 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.48 |
| 10/19/2007 | 520858 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 11/01/2007 | 521891 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 11/05/2007 | 522066 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 11/05/2007 | 522067 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 11/08/2007 | 522482 | Disb | ID's Keys Locks | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |
| 11/14/2007 | 522839 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| 11/15/2007 | 523062 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 11/26/2007 | 523531 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 11/26/2007 | 523676 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 11/27/2007 | 523817 | Disb | Library | 2 DOC: 523 Fund Library | $0.65 |
| 11/30/2007 | 524180 | Disb | Library | 2 DOC: 523 Fund Library | $0.45 |
| 12/11/2007 | 525655 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 12/13/2007 | 525964 | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 12/17/2007 | 526154 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 12/19/2007 | 526542 | Disb | Library | 2 DOC: 523 Fund Library | $0.45 |
| 12/27/2007 | 527187 | Disb | Library | 2 DOC: 523 Fund Library | $0.65 |
| 01/08/2008 | 527977 | Disb | Library | 2 DOC: 523 Fund Library | $1.60 |
| 01/14/2008 | 528476 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 01/18/2008 | 528970 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.35 |
| 01/22/2008 | 528984 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 01/24/2008 | 529344 | Disb | Library | 2 DOC: 523 Fund Library | $1.55 |
| 01/28/2008 | 529561 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $2.67 |
| 01/28/2008 | 529565 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.75 |
| 01/29/2008 | 529807 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.45 |
| 02/06/2008 | 530292 | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
| 02/06/2008 | 530380 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.75 |
| 02/07/2008 | 530480 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |

Date: 3/10/2008  
Time: 10:59am  
d_list_inmate_trans_statement_composite

Pontiac Correctional Center  
**Trust Fund**  
Inmate Transaction Statement

P. 13 of 65

Page 4

REPORT CRITERIA - Date: 09/10/2007 thru End;    Inmate: N91628;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N91628 Mallory, Henry Jr**               **Housing Unit: PON-N -01-18**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/07/2008 | 530578 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.14 |
| 02/08/2008 | 530659 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.45 |
| 02/08/2008 | 530661 | Disb | Library Copies | 2 DOC: 523 Fund Library | $2.25 |
| 02/08/2008 | 530675 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.65 |
| 02/08/2008 | 530685 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 02/14/2008 | 531069 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 02/14/2008 | 531157 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.40 |
| 02/21/2008 | 531583 | Disb | ID's Keys Locks | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |
| 02/21/2008 | 531612 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.14 |
| 02/21/2008 | 531613 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.14 |
| 02/21/2008 | 531614 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.97 |
| 02/21/2008 | 531719 | Disb | Library Copies | 2 DOC: 523 Fund Library | $10.80 |
| 02/22/2008 | 531817 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $2.33 |
| 02/25/2008 | 532003 | Disb | Library Copies | 2 DOC: 523 Fund Library | $1.55 |
| 02/26/2008 | 532065 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.14 |
| 02/29/2008 | 532248 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.90 |
| 03/05/2008 | 532697 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.40 |

**Total Restrictions:**    **$256.62**

Case 1:08-cv-01700  Document 3  Filed 03/24/2008  Page 10 of 10

Date: 3/10/2008
Time: 11:00am
d_maint_tr_inmate_tr_furlough

Pontiac Correctional Center
Trust Fund
View Furloughs/Restitutions/Court Ord. Fees

P. 15 of 65

Page 1

| Inmate | F/R # | Vendor | Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|---|---|---|
| N91628 Mallory, Henry Jr | 9353 3510 | Court of Claims | 73 Court Ordered Fees | 4/6/2007 | 35.00 | 35.00 |
|  |  | Detailed History: | 1  Beginning Balance | 4/6/2007 | 35.00 | 35.00 |
| N91628 Mallory, Henry Jr | 9420 | Not Applicable | 72 Involuntary Restitutions | 5/2/2007 | 1,690.00 | 1,690.00 |
|  |  | Detailed History: | 1  Beginning Balance | 5/2/2007 | 1,690.00 | 1,690.00 |
| N91628 Mallory, Henry Jr | 9421 | Not Applicable | 72 Involuntary Restitutions | 5/2/2007 | 61.28 | 61.28 |
|  |  | Detailed History: | 1  Beginning Balance | 5/2/2007 | 61.28 | 61.28 |
| N91628 Mallory, Henry Jr | 9498 60 | Clerk-Peoria Central District | 73 Court Ordered Fees | 6/22/2007 | 350.00 | 350.00 |
|  |  | Detailed History: | 1  Beginning Balance | 6/22/2007 | 350.00 | 350.00 |
| N91628 Mallory, Henry Jr | 9560 59 | Clerk, U.S. District Court | 73 Court Ordered Fees | 7/27/2007 | 350.00 | 350.00 |
|  |  | Detailed History: | 1  Beginning Balance | 7/27/2007 | 350.00 | 350.00 |
| N91628 Mallory, Henry Jr | 9561 3522 | State of Illinois | 73 Court Ordered Fees | 7/27/2007 | 35.00 | 35.00 |
|  |  | Detailed History: | 1  Beginning Balance | 7/27/2007 | 35.00 | 35.00 |
| N91628 Mallory, Henry Jr | 9562 59 | Clerk, U.S. District Court | 73 Court Ordered Fees | 7/27/2007 | 250.00 | 250.00 |
|  |  | Detailed History: | 1  Beginning Balance | 7/27/2007 | 250.00 | 250.00 |
| N91628 Mallory, Henry Jr | 9682 60 | Clerk-Peoria Central District | 73 Court Ordered Fees | 9/27/2007 | 350.00 | 350.00 |
|  |  | Detailed History: | 1  Beginning Balance | 9/27/2007 | 350.00 | 350.00 |
| N91628 Mallory, Henry Jr | 9814 | Not Applicable | 72 Involuntary Restitutions | 12/5/2007 | 66.36 | 66.36 |
|  |  | Detailed History: | 1  Beginning Balance | 12/5/2007 | 66.36 | 66.36 |
| N91628 Mallory, Henry Jr | 9930 | Not Applicable | 72 Involuntary Restitutions | 1/31/2008 | 66.36 | 66.36 |
|  |  | Detailed History: | 1  Beginning Balance | 1/31/2008 | 66.36 | 66.36 |
|  |  |  | Final Total |  |  | 3,254.00 |

NOTE!- In red!!
Sign, Mallory N91628.