## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) **Henry Jr Mallory** #N91625

v.

Defendant(s) **John Dorn**

FILED
MAR 24 2008
3-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08CV1700
JUDGE GETTLEMAN
MAG. JUDGE KEYS

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Henry Jr Mallory**, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item must be completed]:

   I have ask public Defender Mr. Kelly Ward to represent me. He said he can not. His FAX # is (815) 288-7776.

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [NO] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [NO] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [NO] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____ Jr.
Movant's Signature

Date: March 18th 2008 Tue.

Street Address: P.O Box 99 Pontiac Ill

City, State, ZIP: Pontiac Ill 61764

# MOTION FOR THE APPOINTMENT OF ATTONEY:

— 3-17-08 —

Judge, under penaty of [perjury] of our United States of America Laws; I Henry Jr Mallory, swear that this "MOTION" is written with the TRUTH. Please inquire, OK?...

My current Criminal Appointed attonies of Mr. Tracy A. Smith of Bloomington #Ill (309) 829-7298; and attoney Mr Randall S. Morgan of 104 East Madison Street Pontiac #Ill (815) 844-4400, told

MOTION FOR THE APPOINTMENT
OF ATTONEY:                              P. 17 of 65
            3-17-08

the Livingston County Judge (Ill),
on March 5th 2008, That a
Phycharist has found me INSANE.

Judge [here too] I "need" and
MOTION for the appointment
of an attoney. MY mind can-
not address these very serious
questions in this complaint!
My thought process can not
do it!!!
    This complaint involved "TWO
DISTRICTS", Witch are
Co-defendants in [ONE ACT]!!